## Town of Douglasville v. Skinner.

Simmons, C. J.  1. Questions not alluded to in the brief for the plaintiff in error will be treated as abandoned.  *McKinnon* v. *Hope*, 118 *Ga*. 462; *Williams* v. *State*, 121 *Ga*. 169.
2. The evidence was sufficient to authorize the verdict.
*Judgment affirmed.    All the Justices concur.*

Argued November 18, — Decided December 10, 1904.

Action for damages.  Before Judge Gober.  Douglas superior court.  January 5, 1904.

*W. A. James,* for plaintiff in error.  *J. S. James,* contra.

---

## Southern Railway Company v. Hobbs.

Evans, J.  1. The testimony of a party who offers himself as a witness in his own behalf is to be construed most strongly against him when .it is self-contradictory, vague, or equivocal.  *W. & A. R. Co.* v. *Evans*, 96 *Ga*. 481; *Freyermuth* v. *R. Co.*, 107 *Ga*. 32; *Ray* v. *Green*, 113 *Ga*. 920; *Farmer* v. *Davenport*, 118 *Ga*. 289.  And he "is not entitled to a finding in his favor if that version of his testimony the most unfavorable to him shows that the verdict should be against him."  *Southern Bank* v. *Goette*, 108 *Ga*. 796.
2. Applying the rule above stated to the testimony of the plaintiff in the present case, what she swore on the last trial was not materially different from the version she gave of the occurrence under investigation at the trial under review when the case was here at the March term, 1903 (118 *Ga*. 227); and as was then pointed out, she was not, in view of her own sworn admissions, entitled to a recovery.   *Judgment reversed.  All the Justices concur.*

Submitted November 18, — Decided December 10, 1904.

Action for damages.  Before Judge Bartlett.  Haralson superior court.  August 13, 1904.

*Hugh M. Dorsey,* for plaintiff in error.
*Price Edwards* and *James Beall,* contra.